No. 2664.—El Pueblo, apdo., v. Rodríguez Dapena, aplte.

—C. D. Arecibo. Enero 13, 1926. Declarada con lugar la moción de corrección de autos del apelante en cuanto se refiere a incorporar al récord una copia certificada del escrito de excepción perentoria; y denegada en cuanto a la petición de que se ordene el envío a esta corte de una copia del acta de defunción de Angela Olavarría Maldonado, por no haberse debidamente identificado e incorporado en una exposición del caso o pliego de excepciones. *El Pueblo* v. *Valentín (a) Negro,* 34 D.P.R. 715.